IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00380-BNB

JASON LARAY JOHNSON,
          Applicant,

v.

GEORGE DUNBAR, Warden B.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
          Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 6 2009

GREGORY C. LANGHAM
                    CLERK

---

## ORDER TO FILE PRE-ANSWER RESPONSE

---

As part of the preliminary consideration of the second amended Application for a

Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 filed on April 13, 2009, in this

action and pursuant to ***Denson v. Abbott***, 554 F. Supp. 2d 1206 (D. Colo. 2008), the

Court has determined that a limited Pre-Answer Response is appropriate.

Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254

Cases in the United States District Courts to file a Pre-Answer Response limited to

addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or

exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondents do

not intend to raise either of these affirmative defenses, they must notify the Court of

that decision in the Pre-Answer Response. Respondents may not file a dispositive

motion as their Pre-Answer Response, or an Answer, or otherwise address the merits

of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits

all relevant portions of the state court record, including but not limited to copies of all

documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty (20) days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty (20) days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED April 15, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-00380-BNB

Jason Laray Johnson
Prisoner No. 88305
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

George Dunbar, Warden
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Cathie Holst for service of process on George
Dunbar; and to John Suthers; AMENDED APPLICATION FOR WRIT OF HABEAS
CORPUS FILED 4/13/09 on _4/16/09_.

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk